THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Nathaniel McGee, Appellant.
 
 
 

Appeal From Charleston County
Kristi Lea Harrington, Circuit Court Judge

Unpublished Opinion No.  2012-UP-047
 Submitted January 3, 2012  Filed January
25, 2012 

APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Robert M. Dudek, of
 Columbia; for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Donald
 J. Zelenka, all of Columbia; and Solicitor Scarlett Anne Wilson, of Charleston,
 for Respondent.
 
 
 

PER CURIAM:  Nathaniel McGee appeals his conviction for murder,
 arguing the trial court erred in refusing to instruct the jury that McGee
 should be given the benefit of every reasonable doubt after the jury asked for
 further instruction on the first element of self-defense.  Additionally, McGee
 filed a pro se brief.  After a thorough
 review of the record and briefs pursuant to Anders v. California, 386
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
SHORT,
 WILLIAMS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.